JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

IKRAMZHAN AKRAMOVICH AMAMBAEV,
Petitioner,

v.

ERNESTO SANTACRUZ, et al.,
Respondents.

Case No. 5:26-cv-04507-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: August 13, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE